IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES SWAIM
ADC #131028                                                                    PLAINTIFF

V.                              NO: 5:06CV00203 JMM/HDY

VERNON R. ROBERTSON *et al.*                                     DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 20th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE